# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI KLINE, | : | CIVIL ACTION NO. 1:19-CV-205 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| ANDREW M. SAUL, Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of December, 2019, upon consideration of the report (Doc. 14) of Magistrate Judge Martin C. Carlson, recommending that the court deny the appeal of plaintiff Toni Kline ("Kline") from the decision of the administrative law judge denying her application for disability insurance benefits and supplemental security income, and the court noting that Kline filed objections (Doc. 15) to the report, see FED. R. CIV. P. 72(b), and the Commissioner of Social Security ("Commissioner") filed a response (Doc. 16) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court being in agreement with Judge Carlson that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g), and finding Judge Carlson's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding Kline's objections

to be without merit and squarely and correctly addressed by the report, it is hereby

ORDERED that:

1. The report (Doc. 14) of Magistrate Judge Carlson is ADOPTED.

2. The decision of the Commissioner denying Kline's application for disability insurance benefits and supplemental security income is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Kline as set forth in paragraph 2.

4. The Clerk of Court shall thereafter CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania